# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CANDACE MORRIS, on her own behalf and on behalf of other similarly situated persons, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No: 18-00657-CV-W-BP ) |
| MCCORMICK & SCHMICK RESTAURANT CORP., | ) ) ) ) |
| And | ) ) |
| LANDRY'S INC., | ) ) |
| Defendants. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 28th day of September 2018, the Plaintiff herein having filed a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed without prejudice. Each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
    **/s/ Kelly McIlvain**
    Deputy Clerk

Date: 10/3/2018